UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-cr-40025-JPG |
| ) | |
| MICHAEL N. CURRIE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Michael Currie's *pro se* Motion to Check Status (Doc. 52) and Motion for Leave to File a Supplemental Citation (Doc. 53). Both of these motions relate to Currie's *pro se* Motion for Retroactive Application of the Sentencing Guidelines to His Crack Cocaine Offense (Doc. 49) pursuant to 18 U.S.C. § 3582. The Court appointed Federal Public Defender Melissa Day as counsel for Currie on March 19, 2008, to assist with the § 3582 motion. Day remains Currie's attorney of record.

"The right to representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir.1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir.2001).

In this case, Currie has been granted representation by the Federal Public Defender. He is free to consult with his attorney in order to ensure that the Court is fully informed as to the specifics of his case and in order to ensure that the appropriate motions are filed. However, the Court will strike *pro se* motions by Currie so long as he is represented by counsel.

Therefore, the Court **STRIKES** the instant motions (Doc. 52, 53) from the record.

**IT IS SO ORDERED.**
**Dated: May 14, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**